**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 24, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00652-CR

## MONZELLE LAVAN STEPTOE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 58852**

## MEMORANDUM  OPINION

Appellant Monzelle Lavan Steptoe has attempted to appeal the trial court's order signed July 29, 2019, denying appellant's request for the appointment of counsel to pursue post-conviction relief under article 64.01 of the Texas Code of Criminal Procedure. *See* Tex. Code Crim. Proc. Ann. art. 64.01(c). On August 28, 2019, the State filed a motion to dismiss the appeal contending the trial court's order denying the appointment of counsel is not an appealable order.

The trial court's denial of a request for the appointment of counsel to pursue post-conviction relief under article 64.01 of the Texas Code of Criminal Procedure is not an immediately appealable order. *See Gutierrez v. State*, 307 S.W.3d 318, 323 (Tex. Crim. App. 2010) (appeal from an order denying appellant's request for appointment of counsel under article 64.01(c) is "premature" because "a motion for appointed counsel is a preliminary matter that precedes the initiation of Chapter 64 proceedings").

Accordingly, the State's motion to dismiss is granted and the appeal is ordered dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.

Do Not Publish — Tex. R. App. P. 47.2(b).

2